**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 39110**

| | |
|---|---|
| STATE OF IDAHO, | ) 2013 Unpublished Opinion No. 434 |
| | ) |
| Plaintiff-Respondent, | ) Filed: April 8, 2013 |
| | ) |
| v. | ) Stephen W. Kenyon, Clerk |
| | ) |
| TIMOTHY J. O'CALLAGHAN, | ) THIS IS AN UNPUBLISHED |
| | ) OPINION AND SHALL NOT |
| Defendant-Appellant. | ) BE CITED AS AUTHORITY |
| | ) |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Valley County. Hon. Michael R. McLaughlin, District Judge.

Order revoking withheld judgment, judgment of conviction, and reinstating probation for felony driving under the influence, _affirmed_.

Sara B. Thomas, State Appellate Public Defender; Sarah E. Tompkins, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before LANSING, Judge; GRATTON, Judge;
and MELANSON, Judge

_____

PER CURIAM

Timothy J. O'Callaghan pled guilty to felony driving under the influence. I.C. §§ 18-8004, 18-8005. In exchange for his guilty plea, additional charges were dismissed. The court withheld judgment, suspended the sentence, and placed O'Callaghan on probation. O'Callaghan's withheld judgment and probation were subsequently revoked. The district court imposed a unified seven-year sentence, with a two-year determinate term, but suspended the sentence and placed O'Callaghan on probation for four years. On appeal, O'Callaghan does not challenge the district court's decision to revoke probation, but argues only that the district court erred in extending O'Callaghan's probation.

1

On appeal, O'Callaghan acknowledges that the district court abided by his request for reinstatement on probation and is mindful that he may refuse placement on probation if the terms are too onerous. However, he argues that the district court abused its discretion when it extended the duration of his probation. Other than a citation for the proposition that he may refuse probation, O'Callaghan offers no other argument or authority in support of his claim that the district court abused its discretion. A party waives an issue on appeal if either authority or argument is lacking. *State v. Zichko*, 129 Idaho 259, 263, 923 P.2d 966, 970 (1996).

Even if this Court were to consider the merits of O'Callaghan's argument, he has failed to establish an abuse of discretion in light of his continued substance abuse and ongoing dangers to society by driving while impaired. Because O'Callaghan has not presented authority or argument and has failed to demonstrate that the district court abused its discretion, the order revoking withheld judgment, judgment of conviction, and reinstating probation for felony driving under the influence is affirmed.